| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Brian C. Nicholas |
| KML Law Group, PC |
| 216 Haddon Avenue, Suite 406 |
| Westmont, NJ 08108 |
| M&D TSC LLC |
| In Re: |
|     Ludwick, Keith B. |

**Order Filed on August 21, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: <u>18-21961 JNP</u>

Hearing Date: <u>August 21, 2018</u>

Judge: Jerrold N. Poslusny Jr.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: August 21, 2018**

_/s/ Jerrold N. Poslusny, Jr._
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>M&D TSC LLC</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 16.02, Block 54.06,     9 Old Landing Road, Mantua NJ 08051**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Keith B. Ludwick  
    Debtor

Case No. 18-21961-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 21, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.  
db         Keith B. Ludwick,    9 Old Landing Rd,    Mantua, NJ   08051-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:  
        Brian C. Nicholas    on behalf of Creditor    M&D TSC LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
        Kevin Gordon McDonald    on behalf of Creditor    M&D TSC LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kyle Francis Eingorn    on behalf of Creditor    Parke Bank keingorn@dbblegal.com  
        Mark S Cherry    on behalf of Debtor Keith B. Ludwick mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com  
        Michael E. Brown    on behalf of Creditor    Parke Bank mbrown@dbblegal.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 7