Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–21961–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Keith B. Ludwick
   9 Old Landing Rd
   Mantua, NJ 08051–1531

Social Security No.:
   xxx–xx–9314

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee, Joseph Marchand.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self–represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Jerrold N. Poslusny Jr. on,

Date: 11/13/18
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Dated: October 17, 2018
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Keith B. Ludwick  
    Debtor

Case No. 18-21961-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Oct 17, 2018  
                      Form ID: 170    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2018.

```
db              Keith B. Ludwick,    9 Old Landing Rd,    Mantua, NJ  08051-1531
cr             +Parke Bank,    Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
517614857       2820 Mt Ephraim Ave LLC,    2820 Mt Ephraim Ave,    Camden , NJ 08104-3214
517614858      +Anthony Calzaretto,    401 Cooper Landing Rd,    Cherry Hill, NJ 08002-2517
517614852     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    PO Box 55848,    Sherman Oaks, CA 91413-0848)
517614840       Dominic Marianni,    c/o Louis Capelli Esq,    1010 Kings Hwy S Bldg 2,
                 Cherry Hill, NJ 08034-2526
517614846       Emergency Care Services of NJ,    PO Box 360,    Trenton, NJ 08625-0360
517614859       Haddon Farmer's Mkt LLC,    2820 Mount Ephraim Ave,    Camden, NJ 08104-3214
517614860       JOhn Dinasio,    52 Bennett Dr,    Stanton Island, NY 10309
517614856      +John Calzaretto,    459 Route 38W,    Maple Shade, NJ 08052-2060
517614842      +Katelyn V Lundberg-Ludwick,    9 Old Landing Rd,    Mantua, Nj 08051-1531
517614861       LSQ Beverage Co,    2820 Mount Ephraim Ave,    Camden, NJ 08104-3214
517588452       M & D TSC LLC IN C/O,    kml law group,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517614853      #Midwest Recovery Systems,    2747 W Clay St,    Saint Charles, MO 63301-2557
517590322      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517614841       Parke Bank,    1150 Haddon Ave,    Collingswood, NJ 08108-2003
517614847      #Progressive Financial Services Inc,    PO Box 22083,    Tempe, AZ 85285-2083
517614848       Thomas Jefferson Hospital,    132 S 5th ST,    Philadelphia, PA 19106-3309
517614854       Trident Asset Mgt,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2294
517614850      +US Dept of Education,    PO Box 7860,    Madison, WI 53707-7860
517614849       Underwood Memorial Hospital,    509 N Broad St,    Woodbury, NJ 08096-1617
517614862       William EPP,    2820 Mount Ephraim Ave,    Camden, NJ 08104-3214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 00:47:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 00:47:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517614839      +E-mail/Text: bankruptcy@fult.com Oct 18 2018 00:48:17     Bank of Gloucester County,
                 100 Park Ave,    Woodbury, NJ 08096-3561
517614844       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 00:55:27     Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517614845       E-mail/PDF: creditonebknotifications@resurgent.com Oct 18 2018 00:54:07     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
517614843       E-mail/Text: bknotices@snsc.com Oct 18 2018 00:48:03     SN Servicing Corporation,    323 5th St,
                 Eureka, CA 95501-0305
517614855      +E-mail/PDF: ais.sierra.ebn@americaninfosource.com Oct 18 2018 00:54:52     Sierra Auto,
                 5005 LBJ Freeway,    Dallas, TX 75244-6145
517603644      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 18 2018 00:54:02
                 Sierra Auto Finance, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517614851       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 18 2018 00:45:56
                 Verizon,    500 Technology Dr,    Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Oct 17, 2018
                              Form ID: 170             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
          Brian C. Nicholas     on behalf of Creditor    M&D TSC LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Kevin Gordon McDonald     on behalf of Creditor    M&D TSC LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kyle Francis Eingorn     on behalf of Creditor    Parke Bank keingorn@dbblegal.com
          Mark S Cherry     on behalf of Debtor Keith B. Ludwick mc@markcherrylaw.com,
           dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
          Michael E. Brown     on behalf of Creditor    Parke Bank mbrown@dbblegal.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```