UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
(JM5998)

Order Filed on October 23, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Keith Ludwick,

Debtor

Case No. 18-21961/JNP

Hearing date: October 23, 2018

Judge: Jerrold N. Poslusny, Jr.

**ORDER EXTENDING TIME PERIOD BY WHICH
CHAPTER 7 TRUSTEE AND/OR UNITED STATES TRUSTEE
COULD FILE A COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 23, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor(s):   Keith Ludwick
Case No:    18-21961/JNP

---

      Upon consideration of the motion/application filed by Joseph D. Marchand, Esquire, Chapter 7 Trustee and Attorney for Trustee, for an Order Extending the Time Period by which the Trustee could file a Complaint Objecting to Discharge of Debtor(s), and on notice to All Parties in Interest/Notice(s) of Appearance, and good cause appearing therefore, it is hereby

      **ORDERED THAT** the time period by which the Trustee or U.S. Trustee may file an Objection to Discharge, has been extended from that set by the Court, to January 31, 2019

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21961-JNP
Keith B. Ludwick                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 23, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db          Keith B. Ludwick,    9 Old Landing Rd,    Mantua, NJ   08051-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    M&D TSC LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              James D. Donnelly    on behalf of Creditor    Fulton Bank of New Jersey james.d@donnlaw.com, jim.donnlaw@gmail.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    M&D TSC LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    Parke Bank keingorn@dbblegal.com
              Mark S Cherry    on behalf of Debtor Keith B. Ludwick mc@markcherrylaw.com, dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Michael E. Brown    on behalf of Creditor    Parke Bank mbrown@dbblegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8