UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No.  18-21961/JNP

In Re:

Hearing date:  November 13, 2018

Keith Ludwick,

Debtor(s)

Judge: Jerrold N. Poslusny, Jr.

### ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

  Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the bankruptcy estate of Keith Ludwick for an Order to Dismiss the debtor's Bankruptcy Petition for failure to cooperate with the Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

____    ~~**ORDERED THAT** the Bankruptcy Petition filed under Case No. 18-21961/JNP on behalf Keith Ludwick is hereby dismissed for debtor's failure to cooperate with the Chapter 7 Trustee.~~

~~**OR**~~

_X_    **ORDERED THAT** petitioner is to pay counsel fees to Joseph D. Marchand, Esquire in the sum of $300.00 by Certified Check or Money Order within two weeks from the execution of this Order.