UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on November 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No. 18-21961/JNP

In Re:

Hearing date: November 13, 2018

Keith Ludwick,

Debtor(s)

Judge: Jerrold N. Poslusny, Jr.

## ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the bankruptcy estate of Keith Ludwick for an Order to Dismiss the debtor's Bankruptcy Petition for failure to cooperate with the Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

_____    **ORDERED THAT** ~~the Bankruptcy Petition filed under Case No. 18-21961/JNP on behalf Keith Ludwick is hereby dismissed for debtor's failure to cooperate with the Chapter 7 Trustee.~~

~~**OR**~~

__X__    **ORDERED THAT** petitioner is to pay counsel fees to Joseph D. Marchand, Esquire in the sum of $300.00 by Certified Check or Money Order within two weeks from the execution of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-21961-JNP
Keith B. Ludwick                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1           Date Rcvd: Nov 13, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db              Keith B. Ludwick,    9 Old Landing Rd,    Mantua, NJ   08051-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    M&D TSC LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              James D. Donnelly    on behalf of Creditor    Fulton Bank of New Jersey james.d@donnlaw.com,
               jim.donnlaw@gmail.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    M&D TSC LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    Parke Bank keingorn@dbblegal.com
              Mark S Cherry    on behalf of Debtor Keith B. Ludwick mc@markcherrylaw.com,
               dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
              Michael E. Brown    on behalf of Creditor    Parke Bank mbrown@dbblegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8